AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. §2241

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 27 2020
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Karl Lentz
_Petitioner_

v.                                Case No. 7:20cv00056
                                  _(Supplied by Clerk of Court)_

JEFF NEWTON
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: **Karl Lentz**
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: **MIDDLE RIVER REGIONAL JAIL**
   (b) Address: **350 TECHNOLOGY DRIVE**
                 **STAUNTON, VA. 24401**
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☒ Other - explain:
   **COMMONWEALTH OF VIRGINIA**
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: **AUGUSTA COUNTY CIRCUIT COURT**
       **1 E. JOHNSON ST. STAUNTON, VA. 24401**
   (b) Docket number of criminal case: **CR19000366-00 (00-02)**
   (c) Date of sentencing: **01/23/2020**

Being held on an immigration charge
☒ Other - explain: Court's [personnal] Violation of U.S. Constitution - Article 1 Section 10
No State shall pass Law impairing the Obligation of Contract; i as man within a [sacred] trust; have ongoing duties; obligations; contracts & agreements wherein no interference can occur at this time [cf. U.S servicemen]

5.  
### Decision or Action You Are Challenging

What are you challenging in this petition:

'How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

'Pretrial detention  
'Immigration detention  
'Detainer  

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

'Disciplinary proceedings  
'Other *(explain)*: the entity aka as 'COMMONWEALTH OF VIRIGINIA' (herein "IT") lacks standing over man; "IT" accrued no loss (monetary value); "IT" had not been injured; "IT" has no corpus delecti; "IT" has to abide by Constitution of the united States of america (herein USAC) as must all entities under the USAC's control

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   AUGUSTA COUNTY CIRCUIT COURT  
1 E. JOHNSON ST. STAUNTON , VA. 24401

(b) Docket number, case number, or opinion number:   CR19000366-00 (00-02)

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

three-DAYs in JAIL petty larceny; i challenge "IT" has any "RIGHTs" to order man and FORCE 'man' to OBEY "IT" Example: 'man' and those of mankind are: the Author of "IT"; the Creator of "IT"; the Controllers over "IT";

'man'/ creator has ALL authority over that which 'man' creates, i exist in state of being, i am not in 'STATE OF "IT"

(d) Date of the decision or action:   JANUARY 22, 2020

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

'Yes   ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____  
(3) Docket number, case number, or opinion number: _____  
(4) Result: _____  
(5) Date of result: _____  
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. §2241

    (b) If you answered "No," explain why you did not appeal: THE RULING CAME DOWN JUST A FEW HOURS AGO SO 'i' AM TAKING THIS OPPORTUNITY TO REACH OUT FOR HELP. (HOPEFULLY YOU CAN GET IN TOUCH WITH U.S. MARSHALL HICKS AT THE ROANOKE FIELD OFFICE. BIG CONCERN THERE IS NO NO COURT ORDER SIGNED OR EVEN DRAFTED BY A JUDGE! HOW DO 'i' EXPLAIN THAT 'i' AM BEING FORCED TO SURRENDER, IT IS NOT VOLUNTARY ON MY PART

**Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
'Yes ☑ No

8.  (a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

**Third appeal**
(b) If you answered "No," explain why you did not file a second appeal:

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
'Yes      "No

9.  (a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes        ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes        ☑ No
If "Yes," provide:
(1) Name of court: AUGUSTA COUNTY CIRCUIT COURT
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes        ☑ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
'Yes ☐  No ☑
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
˝ Yes  ˝ No
If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
˝ Yes  No ☑
If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

'Yes ☐        ☑ No
If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the *facts supporting each ground.*

**GROUND ONE:** Violation of Article 1 sec. 10 the State cannot pass [a] Law impairing the Obligation of Contracts 'i AS MAN HAVE CERTAIN DUTIES ; OBLIGATIONS AND CONTRACTS IN WHICH THERE CAN BE NO INTERFERNCE WITH AT THIS TIME PRIMARILY IN THAT 'i' MAINTIAN AND MANAGE A FARM IN WHICH CREATIONS OF qod IN WHICH THERE WILL BE IRREPARABLE HARM

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
'Yes          ✓No

**GROUND TWO:** standing

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
[A] FICTITIONAL ENTITIES, [A] CREATION OF MAN/ MANKIND SUFFER OF THE DISABILITY OR LACK THE CAPACITY TO HAVE STANDING OVER MAN AND THOSE OF MANKIND WHO HAVE CHOOSEN NOT TO ENTER INTO [A] VOLUNITARY AGREEMENT OR INTO SLAVERY

[ *CF THE 13TH AMENDMENT.*]

(b) Did you present Ground Two in all appeals that were available to you?
✓No          Yes'

**GROUND THREE:** THERE IS NO COURT ORDER SIGNED BY ANYONE! , INCLUDING THE JUDGE AND THERE IS NOT EVEN AN ORDER FOR 'i' TO BE IN JAIL ANYWHERE ON EARTH ,

IT IS MY BEST GUESS THAT THE COURTS , KNOW THEY CANNOT CAUSE HARM TO man AND UNLESS 'i' OBJECT THE COURT's DO NOT HAVE TO BEAR LIABILTY IF 'i' AM HARMED IN JAIL AS 'i' WENT THERE WITHOUT A FIGHT NOR DID 'i' OBJECT , SO UPON THIS DOCUMENT 'i' AM STATING FOR THE RECORD 'i' DO NOT CONSENT AND IF 'i' DID 'i' NOW WISH TO WITHDRAW, 'i' WILL GO INTO THE LOBBY AT 8:00 PM. UNDER THREAT OF VIOLENCE AGAINST 'i' AS MAN, BUT 'i' DID NOT CONSENT TO BE TRANSFOMED FROM being man, a creation of qod, into a man-made LEAL ENTITY KNOWS AS INMATE or PRISONER

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_____
_____
_____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. §2241

**GROUND FOUR:** The Court has a knowing as i aurged numerous times in oral and written motions in open court to abide by Virginia Supreme Court Rule 3A:11 Discovery and the Right to Exculpatory Evidence (the stores video camera footage)

(a) Supporting facts (Be brief. Do not cite cases or law.):

→ The Court in Violation of the Right to Exculpatory Evidence under VSCR 3A:11

The prosecutor refused to turn over store video DVD footage that they had in their folder in open court and refused to let the court or i review it in open court

(b) Did you present Ground Four in all appeals that were available to you?
'Yes      ▫ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do:

to have an answer for once and all as to: (1) does [a] WHAT, a creation of man and/or of those of mankind, a PUBLIC creation (ie. STATE, COMMONWEALTH ; COUNTY; PARRISH; TOWNSHIP) have the RIGHT to IMPRISON [a] man who:

(1). is acting ONLY in the Private and,/or;

(2). Commits a "victimless crime" [ cf. corpus delicti ] (a) in the private, and/or; (b) in the Public

(3) DO Governmental Agents have the RIGHT, THE RIGHT, THE RIGHT to claim ; to take and carry off with and control property of man who chose NOT wish to be ITS citizen; subject; registered voter, etc...

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. §2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01/23/2020

_Karl Lentz_
Signature of Petitioner

_GR_
Signature of Attorney or other authorized person, if any

BALDWIN HUTCHINSON
678-653-0237

