Earl Lentz,

Hi i called 1/27/2020
at 4:25 i talked to a clerk
Here is a $5.00 US money

ORDER
* Case # 7:20CV56
* Booking# 05-28191 (inmate)
* Change of mailing address

~~P.O. Box 542~~
~~Stuarts Draft, VA~~
~~24477~~

710 Augusta Farms Rd
Waynesboro, VA 22980
(NOT)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

1/29/2020

JULIA C. DUDLEY, CLERK
BY:   S. Taylor
      DEPUTY CLERK

Clerk US District Court
210 Franklin Rd SW, Suite 540
Roanoke, VA. 24011-2208



RECEIVED
JAN 29 2020
USDC Clerk's Office
Mail Room

m-14902-3

Karl Lewis
P.O. Box 542
Stuarts Draft, VA 24477

© USPS 2016
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC MIX Envelope FSC® C137131