# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **KARL LENTZ,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:20CV00056 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **JEFF NEWTON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Respondent. | ) | |

For the reasons set forth in the Opinion accompanying this Order, it is **ORDERED** that the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED, and the clerk shall close the case.

ENTER: February 3, 2020

/s/ JAMES P. JONES
United States District Judge